UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STARK, DANIEL | ) | CASE NO. 09-10490 |
| STARK, VERNA | ) | CHAPTER 7 |
|     Debtors | ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now R. David Boyer, Trustee, and shows the Court as follows:

1. That R. David Boyer is the duly appointed and acting trustee in the above-captioned case and as such, holds unclaimed funds of this estate.

2. That pursuant to 11 U.S.C. § 347, the unclaimed funds should be deposited into the U.S. Treasury Fund on behalf of the following creditor:

| Creditor | Last known address | Amount |
|---|---|---|
| Verizon North | 404 Brock Drive<br>Bloomington, IL 61701 | $27.64 |

3. Trustee believes that it is appropriate that the total sum of $27.64 set forth in paragraph 2 be paid to the U.S. Treasury Fund for the use and benefit of the parties set forth herein.

Respectfully submitted this 21st day of January, 2010.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
BOYER & BOYER
927 S Harrison Street, Suite 300E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 21st day of January, 2010 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
Verizon North, 404 Brock Drive, Bloomington, IL 61701

/s/Renee M. Schohl
Renee M. Schohl